**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDEEP KUMAR,**<br>***Petitioner,***<br><br>**v.**<br><br>**WARDEN, Philadelphia Federal Detention Cetner, Philadelphia, PA, et al.,**<br>***Respondents.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br>**No. 26-cv-6689** |

**ORDER**

**AND NOW**, this **8th** day of **September 2026**, upon review of Petitioner Sandeep Kumar's Petition for Writ of Habeas Corpus (ECF No. 1), and the docket, it is hereby **ORDERED** as follows:

1. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
2. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **September 11, 2026 at 12:00 p.m. (noon)**.
3. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **September 8, 2026 at 5:00 p.m.**: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; gregory.david@usdoj.gov.
4. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter and that AUSA shall enter their appearance for Respondents on or before **September 9, 2026 at 12:00 p.m. (noon)**.

5. In light of the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, Nos. 26-1150 & 26-1454, 2026 WL 2546223, --- F.4th ---- (3d Cir. Aug. 28, 2026), Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. § 1226(a). Respondents shall file a brief letter responding to the merits of the Petition (ECF No. 1), on or before **September 14, 2026 at 4:00 p.m.**

6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**