**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANDEEP KUMAR,** *Petitioner,* | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-cv-6689** |
| **WARDEN, Philadelphia Federal Detention Center, Philadelphia, PA, et al.,** *Respondents.* | : | |

**ORDER**

**AND NOW**, this **21st** day of **September 2026**, upon consideration of Petitioner Sandeep Kumar's Petition for Writ of Habeas Corpus (the "Habeas Petition") (ECF No. 1), Respondents' Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 5), Respondents' Supplemental Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 8), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner's Habeas Petition (ECF No. 1) is **DENIED** for the reasons stated in the accompanying memorandum opinion.
2. Any restrictions previously imposed on Petitioner's location by this Court are now lifted.
3. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**